JOINT COMMON SCHOOL DISTRICT NO. 2 OF VILLAGE OF BROWN DEER and TOWN OF GRANVILLE and another, Respondents, vs. CITY OF MILWAUKEE and another, Appellants.

*April 7—May 6, 1958.*

For the appellants there was a brief by *Walter J. Mattison,* city attorney, and *Richard F. Maruszewski* and *Harvey G. Odenbrett,* assistant city attorneys, and oral argument by *Mr. Odenbrett* and *Mr. Maruszewski.*

For the respondents there were briefs by *Erwin V. Novotny,* attorney, and *Richard L. Novotny* of counsel, both of Milwaukee, and oral argument by *Richard L. Novotny.*

Brown, J.  This appeal is controlled by the decision in *Grand View School Dist. v. Milwaukee, supra.* The precedents and conclusions of this court in that case require the judgment to be affirmed.

*By the Court.*—Judgment affirmed.

Hallows, J., took no part.